Certificate Number: 05781-FLN-DE-041543159

Bankruptcy Case Number: 26-50228

05781-FLN-DE-041543159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2026, at 3:45 o'clock PM PDT, Tina De Santy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Florida.

Date: October 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President